# EXHIBIT A

# WHIRLPOOL® MAJOR APPLIANCE LIMITED WARRANTY

ATTACH YOUR RECEIPT HERE. PROOF OF PURCHASE IS REQUIRED TO OBTAIN WARRANTY SERVICE.

Please have the following information available when you call the Customer eXperience Center:

- Name, address and telephone number
- Model number and serial number
- A clear, detailed description of the problem
- Proof of purchase including dealer or retailer name and address

## IF YOU NEED SERVICE:

1. Before contacting us to arrange service, please determine whether your product requires repair. Some questions can be addressed without service. Please take a few minutes to review the Troubleshooting or Problem Solver section of the Use and Care Guide, scan the QR code on the right to access additional resources, or visit www.whirlpool.com/product_help.
2. <u>All warranty service is provided exclusively by our authorized Whirlpool Service Providers</u>. In the U.S. and Canada, direct all requests for warranty service to:

**Whirlpool Customer eXperience Center**
**In the U.S.A., call 1-800-253-1301. In Canada, call 1-800-807-6777.**

If outside the 50 United States or Canada, contact your authorized Whirlpool dealer to determine whether another warranty applies.



www.whirlpool.com/product_help

## ONE YEAR LIMITED WARRANTY

| WHAT IS COVERED | WHAT IS <u>NOT</u> COVERED |
|---|---|
| For one year from the date of purchase, when this major appliance is installed, operated and maintained according to instructions attached to or furnished with the product, Whirlpool Corporation or Whirlpool Canada LP (hereafter "Whirlpool") will pay for Factory Specified Replacement Parts and repair labor to correct defects in materials or workmanship that existed when this major appliance was purchased, or at its sole discretion replace the product. In the event of product replacement, your appliance will be warranted for the remaining term of the original unit's warranty period.<br><br>YOUR SOLE AND EXCLUSIVE REMEDY UNDER THIS LIMITED WARRANTY SHALL BE PRODUCT REPAIR AS PROVIDED HEREIN. Service must be provided by a Whirlpool designated service company. This limited warranty is valid only in the United States or Canada and applies only when the major appliance is used in the country in which it was purchased. This limited warranty is effective from the date of original consumer purchase. Proof of original purchase date is required to obtain service under this limited warranty. | 1. Commercial, non-residential, multiple-family use, or use inconsistent with published user, operator or installation instructions.<br>2. In-home instruction on how to use your product.<br>3. Service to correct improper product maintenance or installation, installation not in accordance with electrical or plumbing codes or correction of household electrical or plumbing (i.e. house wiring, fuses or water inlet hoses).<br>4. Consumable parts (i.e. light bulbs, batteries, air or water filters, preservation solutions, etc.).<br>5. Conversion of products from natural gas or L.P. gas.<br>6. Damage from accident, misuse, abuse, fire, floods, acts of God or use with products not approved by Whirlpool.<br>7. Repairs to parts or systems to correct product damage or defects caused by unauthorized service, alteration or modification of the appliance.<br>8. Cosmetic damage including scratches, dents, chips, and other damage to the appliance finishes unless such damage results from defects in materials and workmanship and is reported to Whirlpool within 30 days.<br>9. Discoloration, rust or oxidation of surfaces resulting from caustic or corrosive environments including but not limited to high salt concentrations, high moisture or humidity or exposure to chemicals.<br>10. Food or medicine loss due to product failure.<br>11. Pick-up or delivery. This product is intended for in-home repair.<br>12. Travel or transportation expenses for service in remote locations where an authorized Whirlpool servicer is not available.<br>13. Removal or reinstallation of inaccessible appliances or built-in fixtures (i.e. trim, decorative panels, flooring, cabinetry, islands, countertops, drywall, etc.) that interfere with servicing, removal or replacement of the product.<br>14. Service or parts for appliances with original model/serial numbers removed, altered or not easily determined.<br>**The cost of repair or replacement under these excluded circumstances shall be borne by the customer.** |

### DISCLAIMER OF IMPLIED WARRANTIES

IMPLIED WARRANTIES, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR IMPLIED WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE, ARE LIMITED TO ONE YEAR OR THE SHORTEST PERIOD ALLOWED BY LAW. Some states and provinces do not allow limitations on the duration of implied warranties of merchantability or fitness, so this limitation may not apply to you. This warranty gives you specific legal rights, and you also may have other rights that vary from state to state or province to province.

### DISCLAIMER OF REPRESENTATIONS OUTSIDE OF WARRANTY

Whirlpool makes no representations about the quality, durability, or need for service or repair of this major appliance other than the representations contained in this warranty. If you want a longer or more comprehensive warranty than the limited warranty that comes with this major appliance, you should ask Whirlpool or your retailer about buying an extended warranty.

### LIMITATION OF REMEDIES; EXCLUSION OF INCIDENTAL AND CONSEQUENTIAL DAMAGES

YOUR SOLE AND EXCLUSIVE REMEDY UNDER THIS LIMITED WARRANTY SHALL BE PRODUCT REPAIR AS PROVIDED HEREIN. WHIRLPOOL SHALL NOT BE LIABLE FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES. Some states and provinces do not allow the exclusion or limitation of incidental or consequential damages, so these limitations and exclusions may not apply to you. This warranty gives you specific legal rights, and you also may have other rights that vary from state to state or province to province.

1/14

# EXHIBIT A

W10656408B                 ®/™ ©2014 Whirlpool. All rights reserved.

9/14
Printed in U.S.A.

# GARANTÍA LIMITADA DE LOS ELECTRODOMÉSTICOS PRINCIPALES DE WHIRLPOOL®

ADJUNTE SU RECIBO AQUÍ. SE REQUIERE LA PRUEBA DE COMPRA PARA OBTENER SERVICIO BAJO LA GARANTÍA.

Tenga a mano la siguiente información cuando llame al Centro para la eXperiencia del cliente:

- Nombre, dirección y número de teléfono
- Número de modelo y de serie
- Una descripción clara y detallada del problema
- Prueba de compra incluido el nombre y la dirección del distribuidor o vendedor

## SI NECESITA SERVICIO TÉCNICO:

1. Antes de contactarnos para obtener servicio, determine si el producto requiere reparación. Algunas consultas pueden atenderse sin servicio técnico. Tómese unos minutos para revisar la sección de Solución de problemas o Problemas y soluciones del Manual de uso y cuidado, escanee el código QR que se encuentra a la derecha para acceder a los recursos adicionales o visite www.whirlpool.com/product_help.
2. Todos los servicios bajo la garantía los brindan exclusivamente Prestadores autorizados de servicio de Whirlpool. Para EE.UU. y Canadá, dirija todas las solicitudes de servicio bajo la garantía a:

**Centro para la eXperiencia del cliente de Whirlpool**
**En EE.UU., llame al 1-800-253-1301. En Canadá, llame al 1-800-807-6777.**

Si usted se encuentra fuera de los cincuenta Estados Unidos o Canadá, póngase en contacto con su distribuidor autorizado de Whirlpool para determinar si corresponde otra garantía.



www.whirlpool.com/product_help

### GARANTÍA LIMITADA DE UN AÑO

| LO QUE ESTÁ CUBIERTO | LO QUE NO ESTÁ CUBIERTO |
|---|---|
| Durante un año a partir de la fecha de compra, siempre y cuando este electrodoméstico principal haya sido instalado, mantenido y operado según las instrucciones adjuntas o provistas con el producto, Whirlpool Corporation o Whirlpool Canada LP (en lo sucesivo denominado "Whirlpool") se hará cargo del costo de las piezas especificadas de fábrica y del trabajo de reparación para corregir defectos en los materiales o en la mano de obra existentes en el momento de la compra de este electrodoméstico principal o, a su sola discreción, reemplazará el producto. En el caso de reemplazar el producto, su electrodoméstico estará cubierto por la garantía por el tiempo restante del período de garantía de la unidad original.<br><br>SU ÚNICO Y EXCLUSIVO RECURSO SEGÚN LOS TÉRMINOS DE ESTA GARANTÍA LIMITADA SERÁ EL DE REPARAR EL PRODUCTO SEGÚN SE ESTIPULA EN LA PRESENTE. El servicio deberá ser suministrado por una compañía de servicio designada por Whirlpool. Esta garantía limitada es válida solamente en Estados Unidos o en Canadá y se aplica solamente cuando el electrodoméstico principal se use en el país en el que se ha comprado. Esta garantía limitada entrará en vigor a partir de la fecha de la compra del consumidor original. Se requiere una prueba de la fecha de compra original para obtener servicio bajo esta garantía limitada. | 1. Uso comercial, no residencial o familiar múltiple o uso diferente del indicado en las instrucciones del usuario, del operador o de instalación publicadas.<br>2. Instrucción a domicilio sobre cómo usar el producto.<br>3. Servicio para corregir el mantenimiento o la instalación incorrecta del producto, la instalación que no esté de acuerdo con los códigos eléctricos o de plomería o corrección de plomería o instalación eléctrica doméstica (por ejemplo, instalación eléctrica, fusibles o mangueras de entrada de agua del hogar).<br>4. Piezas de consumo (por ejemplo, focos de luz, baterías, filtros de agua o de aire, soluciones de conservación, etc.).<br>5. Conversión del producto de gas natural o gas L.P.<br>6. Daño causado por accidente, uso indebido, abuso, incendio, inundación, actos fortuitos o el empleo de productos no aprobados por Whirlpool.<br>7. Reparaciones a piezas o sistemas para corregir el daño o los defectos del producto a causa de reparaciones por servicio no autorizado, alteraciones o modificaciones en el electrodoméstico.<br>8. Daños estéticos, incluyendo rayaduras, abolladuras, desportilladuras u otro daño al acabado del electrodoméstico a menos que el mismo sea debido a defectos en los materiales o la mano de obra y se le informe a Whirlpool en un lapso de 30 días.<br>9. Decoloración, herrumbre u oxidación de las superficies producto de entornos corrosivos o cáusticos que incluyen, entre otras cosas, altas concentraciones de sal, humedad elevada o exposición a productos químicos.<br>10. Pérdida de comida o medicamentos debido a la falla del producto.<br>11. Recogida o entrega. Este producto está destinado para ser reparado en su hogar.<br>12. Gastos de viaje o de transporte para prestar servicio en lugares remotos en los cuales no haya disponible un técnico de servicio autorizado por Whirlpool.<br>13. Remoción o reinstalación de electrodomésticos en lugares inaccesibles o dispositivos empotrados (por ejemplo, adornos, paneles decorativos, pisos, armarios, islas, mostradores, paredes, etc.) que interfieran con el servicio, la remoción o el reemplazo del producto.<br>14. Servicio técnico o piezas para electrodomésticos con números de serie/modelo originales removidos, alterados o no identificados con facilidad.<br>**El costo de la reparación o del reemplazo bajo estas circunstancias excluidas correrá por cuenta del cliente.** |

### EXCLUSIÓN DE GARANTÍAS IMPLÍCITAS

LAS GARANTÍAS IMPLÍCITAS, INCLUYENDO CUALQUIER GARANTÍA IMPLÍCITA DE COMERCIABILIDAD O GARANTÍA IMPLÍCITA DE CAPACIDAD PARA UN PROPÓSITO PARTICULAR, SERÁN LIMITADAS A UN AÑO O AL PERÍODO MÁS CORTO PERMITIDO POR LEY. Algunos estados y provincias no permiten la limitación de la duración de las garantías implícitas de comerciabilidad o capacidad, de modo que la limitación arriba indicada quizá no le corresponda. Esta garantía le otorga derechos legales específicos y es posible que usted tenga también otros derechos que varían de un estado a otro o de una provincia a otra.

### EXCLUSIÓN DE DECLARACIONES FUERA DE LA GARANTÍA

Whirlpool no hace declaraciones acerca de la calidad, durabilidad o necesidad de servicio técnico o reparación de este electrodoméstico principal aparte de las declaraciones incluidas en esta garantía. Si usted desea una garantía con una duración más prolongada o más completa que la garantía limitada que se incluye con este electrodoméstico principal, deberá dirigirse a Whirlpool o a su distribuidor acerca de la compra de una garantía extendida.

### LIMITACIÓN DE RECURSOS; EXCLUSIÓN DE DAÑOS INCIDENTALES Y CONSECUENTES

SU ÚNICO Y EXCLUSIVO RECURSO SEGÚN LOS TÉRMINOS DE ESTA GARANTÍA LIMITADA SERÁ EL DE REPARAR EL PRODUCTO SEGÚN SE ESTIPULA EN LA PRESENTE. WHIRLPOOL NO SE RESPONSABILIZARÁ POR DAÑOS INCIDENTALES O CONSECUENTES. Algunos estados y provincias no permiten la exclusión o limitación de daños incidentales o consecuentes, de modo que estas limitaciones y exclusiones quizá no le correspondan. Esta garantía le otorga derechos legales específicos y es posible que usted tenga también otros derechos que varían de un estado a otro o de una provincia a otra.

1/14

W10656408B
**34**

®/™ ©2014 Whirlpool. Tous droits réservés.

9/14
Imprimé aux É.-U.



# GARANTIE LIMITÉE DES GROS APPAREILS MÉNAGERS WHIRLPOOL®

ATTACHEZ ICI VOTRE REÇU DE VENTE. UNE PREUVE D'ACHAT EST OBLIGATOIRE POUR OBTENIR L'APPLICATION DE LA GARANTIE.

Lorsque vous appelez le centre d'eXpérience de la clientèle, veuillez garder à disposition les renseignements suivants :

- Nom, adresse et numéro de téléphone
- Numéros de modèle et de série
- Une description claire et détaillée du problème rencontré
- Une preuve d'achat incluant le nom et l'adresse du marchand ou du détaillant

## SI VOUS AVEZ BESOIN DE SERVICE :

1. Avant de nous contacter pour obtenir un dépannage, veuillez déterminer si des réparations sont nécessaires pour votre produit. Certains problèmes peuvent être résolus sans intervention de dépannage. Prenez quelques minutes pour parcourir la section Dépannage ou Résolution de problèmes du guide d'utilisation et d'entretien, scannez le code QR ci-contre avec votre téléphone intelligent pour accéder à des ressources supplémentaires, ou rendez-vous sur le site http://www.whirlpool.ca.
2. Tout service sous garantie doit être effectué exclusivement par nos fournisseurs de dépannage autorisés Whirlpool. Aux É.-U. et au Canada, dirigez toutes vos demandes de service sous garantie au

**Centre d'eXpérience de la clientèle Whirlpool**
**Aux É.-U., composer le 1-800-253-1301. Au Canada, composer le 1-800-807-6777.**

Si vous résidez à l'extérieur du Canada et des 50 États des États-Unis, contactez votre marchand Whirlpool autorisé pour déterminer si une autre garantie s'applique.



http://www.whirlpool.ca

## GARANTIE LIMITÉE DE UN AN

### CE QUI EST COUVERT

Pendant un an à compter de la date d'achat, lorsque ce gros appareil ménager est installé, utilisé et entretenu conformément aux instructions jointes à ou fournies avec le produit, Whirlpool Corporation ou Whirlpool Canada, LP (ci-après désignées "Whirlpool") décidera à sa seule discrétion de remplacer le produit ou de couvrir le coût des pièces spécifiées par l'usine et de la main-d'œuvre nécessaires pour corriger les vices de matériaux ou de fabrication qui existaient déjà lorsque ce gros appareil ménager a été acheté. S'il est remplacé, l'appareil sera couvert pour la période restant à courir de la garantie limitée d'un an du produit d'origine.

LE SEUL ET EXCLUSIF RECOURS DU CLIENT DANS LE CADRE DE LA PRÉSENTE GARANTIE LIMITÉE CONSISTE EN LA RÉPARATION PRÉVUE PAR LA PRÉSENTE. Le service doit être fourni par une compagnie de service désignée par Whirlpool. Cette garantie limitée est valide uniquement aux États-Unis ou au Canada et s'applique exclusivement lorsque le gros appareil ménager est utilisé dans le pays où il a été acheté. La présente garantie limitée est valable à compter de la date d'achat initial par le consommateur. Une preuve de la date d'achat initial est exigée pour obtenir un dépannage dans le cadre de la présente garantie limitée.

### CE QUI N'EST PAS COUVERT

1. Usage commercial, non résidentiel ou par plusieurs familles, ou non-respect des instructions de l'utilisateur, de l'opérateur ou des instructions d'installation.
2. Visite d'instruction à domicile pour montrer à l'utilisateur comment utiliser l'appareil.
3. Visites de service pour rectifier une installation ou un entretien fautifs du produit, une installation non conforme aux codes d'électricité ou de plomberie, ou la rectification de l'installation électrique ou de la plomberie du domicile (ex : câblage électrique, fusibles ou tuyaux d'arrivée d'eau du domicile).
4. Pièces consomptibles (ex : ampoules, batteries, filtres à air ou à eau, solutions de conservation, etc.).
5. Conversion de votre produit du gaz naturel ou du gaz de pétrole liquéfié.
6. Dommages causés par : accident, mésusage, abus, incendie, inondations, catastrophe naturelle ou l'utilisation de produits non approuvés par Whirlpool.
7. Réparations aux pièces ou systèmes dans le but de rectifier un dommage ou des défauts résultant d'une réparation, altération ou modification non autorisée faite à l'appareil.
8. Défauts d'apparence, notamment les éraflures, traces de choc, fissures ou tout autre dommage subi par le fini de l'appareil ménager, à moins que ces dommages ne résultent de vices de matériaux ou de fabrication et ne soient signalés à Whirlpool dans les 30 jours suivant la date d'achat.
9. Décoloration, rouille ou oxydation des surfaces résultant d'environnements caustiques ou corrosifs incluant des concentrations élevées de sel, un haut degré d'humidité ou une exposition à des produits chimiques (exemples non exhaustifs).
10. Perte d'aliments ou de médicaments due à la défaillance du produit.
11. Enlèvement ou livraison. Ce produit est conçu pour être réparé à l'intérieur du domicile.
12. Frais de déplacement et de transport pour le dépannage/la réparation dans une région éloignée où une compagnie de service Whirlpool autorisée n'est pas disponible.
13. Retrait ou réinstallation d'appareils inaccessibles ou de dispositifs préinstallés (ex : garnitures, panneaux décoratifs, plancher, meubles, îlots de cuisine, plans de travail, panneaux de gypse, etc.) qui entravent le dépannage, le retrait ou le remplacement du produit.
14. Service et pièces pour des appareils dont les numéros de série et de modèle originaux ont été enlevés, modifiés ou ne peuvent pas être facilement identifiés.

**Le coût d'une réparation ou d'un remplacement dans le cadre de ces circonstances exclues est à la charge du client.**

### CLAUSE D'EXONÉRATION DE RESPONSABILITÉ AU TITRE DES GARANTIES IMPLICITES

LES GARANTIES IMPLICITES, Y COMPRIS LES GARANTIES APPLICABLES DE QUALITÉ MARCHANDE OU D'APTITUDE À UN USAGE PARTICULIER, SONT LIMITÉES À UN AN OU À LA PLUS COURTE PÉRIODE AUTORISÉE PAR LA LOI. Certains États et provinces ne permettent pas de limitation sur la durée des garanties implicites de qualité marchande ou d'aptitude à un usage particulier, de sorte que la limitation ci-dessus peut ne pas être applicable dans votre cas. Cette garantie vous confère des droits juridiques spécifiques et vous pouvez également jouir d'autres droits qui peuvent varier d'une juridiction à l'autre.

### EXONÉRATION DE RESPONSABILITÉ DANS LES DOMAINES NON COUVERTS PAR LA GARANTIE

Whirlpool décline toute responsabilité au titre de la qualité, de la durabilité ou en cas de dépannage ou de réparation nécessaire sur ce gros appareil ménager autre que les responsabilités énoncées dans la présente garantie. Si vous souhaitez une garantie plus étendue ou plus complète que la garantie limitée fournie avec ce gros appareil ménager, adressez-vous à Whirlpool ou à votre détaillant pour obtenir les modalités d'achat d'une garantie étendue.

### LIMITATION DES RECOURS; EXCLUSION DES DOMMAGES FORTUITS OU INDIRECTS

LE SEUL ET EXCLUSIF RECOURS DU CLIENT DANS LE CADRE DE LA PRÉSENTE GARANTIE LIMITÉE CONSISTE EN LA RÉPARATION PRÉVUE PAR LA PRÉSENTE. WHIRLPOOL N'ASSUME AUCUNE RESPONSABILITÉ POUR LES DOMMAGES FORTUITS OU INDIRECTS. Certains États et certaines provinces ne permettent pas l'exclusion ou la limitation des dommages fortuits ou indirects de sorte que ces limitations et exclusions peuvent ne pas être applicables dans votre cas. Cette garantie vous confère des droits juridiques spécifiques et vous pouvez également jouir d'autres droits qui peuvent varier d'une juridiction à l'autre.