# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Elisabeth Cleveland,<br><br>    Plaintiff,<br><br>vs.<br><br>Whirlpool Corporation,<br><br>    Defendant. | Case No.: 20-CV-1906 WMW/KMM<br><br>**NOTICE OF APPEARANCE OF<br>KYLE R. KROLL** |

PLEASE TAKE NOTICE that the undersigned, Kyle R. Kroll, is duly admitted to practice before this Court and herein provides notice of appearance in the above-captioned case as counsel with Thomas H. Boyd and Mary S. Riverso for Defendant Whirlpool Corporation.

Dated: October 29, 2020

**WINTHROP & WEINSTINE, P.A.**

*s/ Kyle R. Kroll*
Thomas H. Boyd, #200517
Kyle R. Kroll, #398433
Mary S. Riverso, #400224
225 South Sixth Street, Suite 3500
Minneapolis, Minnesota 55402
T: (612) 604 6400 │ F: (612) 604-6800
tboyd@winthrop.com
kkroll@winthrop.com
mriverso@winthrop.com

*Attorneys for Defendant*

20600804v1