**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Elisabeth Cleveland, | Case No.: 20-CV-1906 (WMW/KMM) |
| Plaintiff, | |
| vs. | **DEFENDANT WHIRLPOOL CORPORATION'S MOTION TO DISMISS** |
| Whirlpool Corporation, | |
| Defendant. | |

PLEASE TAKE NOTICE that Defendant Whirlpool Corporation ("Whirlpool") responds to Plaintiff Elisabeth Cleveland's Complaint by motion under Federal Rule of Civil Procedure 12(b)(6), and Whirlpool moves the Court for an order dismissing the Complaint in its entirety and with prejudice for failure to state a claim upon which relief can be granted. Whirlpool's motion is based upon all of the pleadings, declarations, and memoranda of law to be filed pursuant to applicable rules, as well as arguments of counsel and all files herein.

Dated: October 29, 2020 By: *s/ Thomas H. Boyd*
**WINTHROP & WEINSTINE, P.A.**
Thomas H. Boyd, #0200517
Kyle R. Kroll, #0398433
Mary S. Riverso, #0400224
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402
(612) 604-6400
tboyd@winthrop.com
kkroll@winthrop.com
mriverso@winthrop.com

--and--

**WHEELER TRIGG O'DONNELL LLP**
Galen D. Bellamy (*pro hac vice pending*)
Andrew M. Unthank (*pro hac vice pending*)
370 Seventeenth Street, Suite 4500
Denver, CO 80202
(303) 244-1800
bellamy@wtotrial.com
unthank@wtotrial.com

*Attorneys for Defendant,
Whirlpool Corporation*

20587127v2