**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Elisabeth Cleveland, | Case No.: 20-CV-1906 (WMW/KMM) |
| Plaintiff, | |
| vs. | **MEET AND CONFER STATEMENT** |
| Whirlpool Corporation, | |
| Defendant. | |

---

Counsel for Defendant Whirlpool Corporation ("Whirlpool") certify that they will meet and confer in good faith with counsel for Plaintiff Elisabeth Cleveland on Friday, October 30, 2020 at 9:00 am CST via telephonic conference regarding Whirlpool's motion to dismiss. Whirlpool will supplement this meet and confer statement if, as a result of the meet-and-confer, the parties agree on the resolution of all or part of Whirlpool's motion and, if so, whether the agreed-upon resolution should be included in a court order.

Dated: October 29, 2020        By: *s/ Thomas H. Boyd*
                                                     **WINTHROP & WEINSTINE, P.A.**
                                                     Thomas H. Boyd, #0200517
                                                     Kyle R. Kroll, #0398433
                                                     Mary S. Riverso, #0400224
                                                     225 South Sixth Street, Suite 3500
                                                     Minneapolis, MN 55402
                                                     (612) 604-6400
                                                     tboyd@winthrop.com
                                                     kkroll@winthrop.com
                                                     mriverso@winthrop.com

                                                     --and--

                                                     **WHEELER TRIGG O'DONNELL LLP**
                                                     Galen D. Bellamy (*pro hac vice pending*)
                                                     Andrew M. Unthank (*pro hac vice pending*)
                                                     370 Seventeenth Street, Suite 4500
                                                     Denver, CO 80202
                                                     (303) 244-1800
                                                     bellamy@wtotrial.com
                                                     unthank@wtotrial.com

                                                     *Attorneys for Defendant,*
                                                     *Whirlpool Corporation*

20587396v2