UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ELISABETH CLEVELAND, | Case No. 20-cv-1906 (WMW/KMM) |
| Plaintiff, | **ORDER GRANTING JOINT STIPULATION FOR COORDINATION PLAN** |
| v. | |
| WHIRLPOOL CORPORATION, | |
| Defendants. | |

The above-captioned matter came before the Court on the parties' Joint Stipulation for Coordination Plan Order by Plaintiff Elisabeth Cleveland ("Plaintiff") and Defendant Whirlpool Corporation ("Whirlpool," and together with Plaintiff, the "Parties") to supplement the Pretrial Scheduling Order in this matter (ECF No. 42), and as part of their joint efforts to coordinate discovery with *Larchuck v. Whirlpool Corp.*, 2:20-cv-04442-BMS (E.D. Pa.), *Redmon v. Whirlpool Corp.*, 1:20-cv-006626 (N.D. Ill.), and any other related case that may be filed against Whirlpool by counsel for Plaintiff (together with the First Filed Action, the "Coordinated Actions").

Having reviewed the matter, IT IS HEREBY ORDERED THAT:

The parties' Joint Stipulation for Coordination Plan Order set forth in ECF No. 44 is **GRANTED**, and those stipulations shall supplement the Pretrial Scheduling Order.

Date: April 29, 2021

 *s/ Katherine Menendez*
 Katherine Menendez
 United States Magistrate Judge