## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| ELISABETH CLEVELAND, on behalf of herself and all others similarly situated,<br><br>      Plaintiff,<br><br> v.<br><br>WHIRLPOOL CORPORATION,<br><br>      Defendant. | Case No.  20-cv-1906-WMW-KMM |

## PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

 Plaintiff Elisabeth Cleveland respectfully submits this notice of supplemental authority to identify a recent decision relating to her opposition to Defendant's motion to dismiss (ECF No. 32).  There are currently several ongoing cases across the country against Whirlpool alleging substantially similar allegations to the present action that certain dishwashers manufactured by Whirlpool contain a defect. (*See* ECF No. 38 & 42 (identifying related actions)).

 On April 28, 2021, the United States District Court for the Northern District of Illinois, granted in part and denied in part Whirlpool's motion to dismiss in a nearly identical action pending in the related case of *Redmon v. Whirlpool*, No. 1:20-cv-06626 (N.D. Il. Apr. 28, 2021). The opinion is attached hereto as Exhibit A.

DATED:  April 30, 2021            Respectfully submitted,

                     */s/ Michelle J. Looby*
                     Michelle J. Looby (MN Lic. #0388166).
                     **GUSTAFSON GLUEK PLLC**
                     Canadian Pacific Plaza
                     120 South 6th Street, Suite 2600
                     Minneapolis, MN 55402
                     Telephone: (612) 333-8844
                     mlooby@gustafsongluek.com

Harper T. Segui*
**WHITFIELD BRYSON, LLP**
900 W. Morgan Street
Raleigh, NC 27603
T: 919-600-5000
harper@whitfieldbryson.com

Gregory F. Coleman*
Rachel Soffin*
Lisa A. White*
**GREG COLEMAN LAW PC**
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
T: 865-247-0080
F: 865-522-0049
greg@gregcolemanlaw.com
rachel@gregcolemanlaw.com
lisa@gregcolemanlaw.com

*Attorneys for Plaintiff and Putative Class*

* Admitted *pro hac vice.*