**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

ELISABETH CLEVELAND,

       Plaintiff,

v.

WHIRLPOOL CORPORATION,

       Defendants.

Case No.: 20-cv-1906-WMW-KMM

## NOTICE OF WITHDRAWAL OF LISA A. WHITE AS COUNSEL FOR PLAINTIFF

      TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE THAT Lisa A. White of Greg Coleman Law PC hereby withdraws as counsel of record for Plaintiff Elisabeth Cleveland.  Gregory F. Coleman and Rachel Soffin of Greg Coleman Law PC will continue as counsel of record for Plaintiff.

      Respectfully submitted,

      s/Lisa A. White
      Lisa A. White
      Gregory F. Coleman
      Rachel Soffin
      GREG COLEMAN LAW PC
      800 S. Gay Street, Suite 1100
      Knoxville, TN 37929
      T: 865-247-0080/F: 865-522-0049
      lisa@gregcolemanlaw.com
      greg@gregcolemanlaw.com
      rachel@gregcolemanlaw.com

## CERTIFICATE OF SERVICE

I, Lisa A. White, hereby certify that on this 15th day of June, 2021, the foregoing Notice of Withdrawal was filed via the Court's electronic filing system and will be electronically sent to all counsel of record.

s/Lisa A. White
Lisa A. White
