UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ELISABETH CLEVELAND, on behalf of herself and all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>WHIRLPOOL CORPORATION,<br><br>   Defendant. | Case No. 20-cv-1906-WMW-KMM |

### NOTICE OF FIRM NAME AND EMAIL ADDRESS CHANGE

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that effective immediately, the contact information for Gregory F. Coleman and Rachel Soffin, attorneys for Plaintiff and class, will be as follows:

 Gregory F. Coleman
 Rachel Soffin
 **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
 800 S. Gay Street, Suite 1100
 Knoxville, TN 37929
 Telephone: 865-247-0080
 Facsimile: 865-522-0049
 gcoleman@milberg.com
 rsoffin@milberg.com

Dated: June 15, 2021           Respectfully submitted,

               By: s/Rachel Soffin
                  Gregory F. Coleman
                  Rachel Soffin
                  **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
                  800 S. Gay Street, Suite 1100
                  Knoxville, TN 37929
                  Telephone: 865-247-0080
                  Facsimile: 865-522-0049
                  gcoleman@milberg.com
                  rsoffin@milberg.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing ***Notice of Firm Name and Email Change*** was served by CM/ECF to the parties registered to the Court's CM/ECF system. This the 15th day of June, 2021.

                                                <u>s/Rachel Soffin</u>
                                                Rachel Soffin
                                                [**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**