UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| ELISABETH CLEVELAND, individually and on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WHIRLPOOL CORPORATION,<br><br>Defendant. | Civil Action No. 20-cv-1906 |

**NOTICE OF FIRM NAME AND EMAIL ADDRESS CHANGE**

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that effective immediately, the contact information for Harper T. Segui, attorney for Plaintiff, will be as follows:

Harper T. Segui
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
217 Lucas Street, Suite G
Mount Pleasant, SC 29464
Telephone: 919-600-5000
Facsimile: 919-600-5035
Email: hsegui@milberg.com

Dated:  June 15, 2021                                    Respectfully Submitted,

                                         BY:    */s/ Harper T. Segui*
                                                Harper T. Segui
                                                S.C. Bar No.: 77730
                                                217 Lucas Street, Suite G
                                                Mount Pleasant, SC 29464
                                                Telephone: (919) 600-500
                                                Facsimile: (919) 600-5035
                                                hsegui@milberg.com

                                                *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 15, 2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of the filing to all counsel of record.

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC

*/s/ Harper T. Segui*
Harper T. Segui
S.C. Bar No.: 77730
217 Lucas Street, Suite G
Mount Pleasant, SC 29464
Telephone: (919) 600-5000
Facsimile: (919) 600-5035
hsegui@milberg.com