UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ELISABETH CLEVELAND, | No. 20-CV-1906 (WMW/KMM) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING DISCOVERY OF ELECTRONICALLY STORED INFORMATION** |
| v. | |
| WHIRLPOOL CORPORATION, | |
| Defendants. | |

The above-captioned matter came before the Court on the parties' Joint Stipulation for Order Regarding Discovery of Electronically Stored Information by Plaintiff Elisabeth Cleveland and Defendant Whirlpool Corporation (together, the "Parties").

Having reviewed the matter, IT IS HEREBY ORDERED THAT:

The Parties' Joint Stipulation for Order Regarding Discovery of Electronically Stored Information set forth in Doc. No. 52 is **GRANTED**, and shall govern all actions subject to the Parties' Coordination Plan (Doc. Nos. 44, 46).

Dated:  July _____, 2021

_____
Katherine Menendez
UNITED STATES MAGISTRATE JUDGE