UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ELISABETH CLEVELAND,<br><br>    Plaintiff,<br><br>v.<br><br>WHIRLPOOL CORPORATION,<br><br>    Defendants. | Civil No. 20-CV-1906 (WMW/KMM)<br><br>**ORDER GRANTING JOINT STIPULATION REGARDING DISCOVERY OF ELECTRONICALLY STORED INFORMATION** |

The above-captioned matter came before the Court on the parties' Joint Stipulation for Order Regarding Discovery of Electronically Stored Information by Plaintiff Elisabeth Cleveland and Defendant Whirlpool Corporation (together, the "Parties").

Having reviewed the matter, IT IS HEREBY ORDERED THAT:

The Parties' Joint Stipulation for Order Regarding Discovery of Electronically Stored Information (ECF No. 52) is **GRANTED**, and shall govern all actions subject to the Parties' Coordination Plan (ECF Nos. 44, 46).

Date: July 12, 2021

                                                *s/ Katherine Menendez*
                                                Katherine Menendez
                                                United States Magistrate Judge