# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

## TELEPHONE CONFERENCE MINUTE ENTRY

Elisabeth Cleveland,

                Plaintiff(s),

  v.

Whirlpool Corporation,

                Defendant(s).

**COURT MINUTES**
BEFORE: Kate Menendez
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 20-cv-1906-WMW-KMM |
| Date: | 7/13/21 |
| Location: | Telephonic |
| Time Commenced: | 10:00 a.m. |
| Time Concluded: | 10:20 a.m. |
| Time in Court: | 20 Minutes |

APPEARANCES:

For Plaintiff:    Harper T. Segui, Rachel Soffin, Michelle J. Looby
For Defendant:    Thomas H. Boyd, Andrew M. Unthank

The Court held a status conference. Counsel are working together very cooperatively and efficiently on discovery, and continue to manage this case in coordination with the other related cases. The parties and Court agree that a modest extension of the discovery deadlines is needed in order to complete the first phase of discovery in this complex case. Counsel will meet and confer and submit a stipulation regarding those scheduling adjustments in the near future.

                                              *s/KAT*
                                              Judicial Assistant/Calendar Clerk