UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ELISABETH CLEVELAND, on behalf of herself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>WHIRLPOOL CORPORATION,<br><br>　　　　　　Defendant. | Case No. 20-cv-1906 (WMW/KMM)<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO STAY DEFENDANT WHIRLPOOL CORPORATION'S ANSWER DEADLINE** |

The above-captioned matter came before the Court on the parties' Joint Stipulation to Stay Defendant Whirlpool Corporation's Answer Deadline by Plaintiff Elisabeth Cleveland and Defendant Whirlpool Corporation (together, the "Parties").

Having reviewed the matter, IT IS HEREBY ORDERED THAT:

The Parties' Joint Stipulation to Stay Defendant Whirlpool Corporation's Answer Deadline (ECF No. 59) is **GRANTED.** Whirlpool's answer deadline is stayed pending preliminary and final approval of the class settlement.

Dated:  August _____, 2021　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Katherine Menendez
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE