UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ELISABETH CLEVELAND, on behalf of herself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>WHIRLPOOL CORPORATION,<br><br>　　　　　Defendants. | No. 20-CV-1906 (WMW/KMM)<br><br>**JOINT STATUS REPORT** |

Defendant Whirlpool Corporation ("Whirlpool") submits the following Joint Status Report.

The parties have met and conferred regarding the orderly presentation of the proposed class settlement.

By August 20, 2021, Plaintiffs intend to dismiss the other Coordinated Actions and file a master consolidated class action complaint in this matter, incorporating claims and allegations from the named Plaintiffs in the Coordinated Actions.

Following the filing of the master consolidated class action complaint, Plaintiffs shall file their motion for preliminary approval of the settlement by September 24, 2021. Further briefing and the hearing on the motion for preliminary approval shall follow the Court's Local Rules.

| | |
|---|---|
| *s/ Andrew M. Unthank* | *s/ Harper Segui* |
| **WHEELER TRIGG O'DONNELL LLP** | **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, LLP** |
| Galen D. Bellamy | Rachel Soffin |
| (Admitted *pro hac vice*) | (Admitted *pro hac vice*) |
| Andrew M. Unthank | Harper Segui |
| (Admitted *pro hac vice*) | (Admitted *pro hac vice*) |
| 370 Seventeenth Street, Suite 4500 | 800 S. Gay Street, Suite 1100 |
| Denver, CO 80202 | Knoxville, TN 37929 |
| (303) 244-1800 | T: 865-247-0080 |
| bellamy@wtotrial.com | F: 865-522-0049 |
| unthank@wtotrial.com | rsoffin@milberg.com |
| | hsegui@milberg.com |
| **WINTHROP & WEINSTINE, P.A.** | |
| Thomas H. Boyd, #0200517 | **GUSTAFSON GLUEK PLLC** |
| Kyle R. Kroll, #0398433 | Michelle J. Looby |
| Mary S. Riverso, #0400224 | Canadian Pacific Plaza |
| 225 South Sixth Street, Suite 3500 | 120 South 6th Street, Suite 2600 |
| Minneapolis, MN 55402 | Minneapolis, MN 55402 |
| (612) 604-6400 | Telephone: (612) 333-844 |
| tboyd@winthrop.com | mlooby@gustafsongluek.com |
| kkroll@winthrop.com | |
| mriverso@winthrop.com | |
| | |
| *Attorneys for Defendant, Whirlpool Corporation* | *Attorneys for Plaintiff and Putative Class* |