UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ELISABETH CLEVELAND, AMY LARCHUK, CHRISTOPHER REDMON, DHAVAL SHAH, and THOMAS MCCORMICK, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WHIRLPOOL CORPORATION,<br><br>Defendant. | Case No. 20-cv-01906-WMW-KMM<br><br>**JOINT STIPULATION TO HOLD ANSWER DEADLINE IN ABEYANCE PENDING FINAL APPROVAL OF THE CLASS SETTLEMENT** |

On August 20, 2021, Plaintiffs filed a First Amended Consolidated Class Action Complaint (Doc. 63), and Whirlpool is due to answer or otherwise respond by September 3, 2021. Plaintiffs intend to move for preliminary approval of a class settlement on or before September 24, 2021, and to seek final approval of that settlement following an appropriate notice and claims period. In order to focus the Parties' efforts and resources on finalizing the class settlement—instead of on answering claims that will be finally settled soon—Plaintiffs and Whirlpool stipulate to hold Whirlpool's answer deadline in abeyance pending final approval of the class settlement.

s/ Andrew M. Unthank

**WHEELER TRIGG O'DONNELL LLP**
Galen D. Bellamy
(Admitted *pro hac vice*)
Andrew M. Unthank
(Admitted *pro hac vice*)
370 Seventeenth Street, Suite 4500
Denver, CO 80202
(303) 244-1800
bellamy@wtotrial.com
unthank@wtotrial.com

**WINTHROP & WEINSTINE, P.A.**
Thomas H. Boyd, #0200517
Kyle R. Kroll, #0398433
Mary S. Riverso, #0400224
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402
(612) 604-6400
tboyd@winthrop.com
kkroll@winthrop.com
mriverso@winthrop.com

*Attorneys for Defendant, Whirlpool Corporation*

s/ Harper Segui

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, LLP**
Rachel Soffin
(Admitted *pro hac vice*)
Harper Segui
(Admitted *pro hac vice*)
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
T: 865-247-0080
F: 865-522-0049
rsoffin@milberg.com
hsegui@milberg.com

**GUSTAFSON GLUEK PLLC**
Michelle J. Looby
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-844
mlooby@gustafsongluek.com

*Attorneys for Plaintiff and Putative Class*