UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ELISABETH CLEVELAND, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WHIRLPOOL CORPORATION,<br><br>Defendant. | Case No. 20-cv-01906-WMW-KMM<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO HOLD ANSWER DEADLINE IN ABEYANCE PENDING FINAL APPROVAL OF THE CLASS SETTLEMENT** |

The above-captioned matter came before the Court on the parties' Joint Stipulation to Hold Answer Deadline in Abeyance Pending Final Approval of the Class Settlement by Plaintiffs and Defendant Whirlpool Corporation (together, the "Parties").

Having reviewed the matter, IT IS HEREBY ORDERED THAT:

The Parties' Joint Stipulation to Hold Answer Deadline in Abeyance Pending Final Approval of the Class Settlement (Doc 64) is **GRANTED.** Whirlpool's answer deadline is held in abeyance pending final approval of the class settlement.

Dated: _____, 2021

_____
Katherine Menendez
UNITED STATES MAGISTRATE JUDGE