# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| ELISABETH CLEVELAND, AMY LARCHUK, CHRISTOPHER REDMON, DHAVAL SHAH, and THOMAS MCCORMICK, on behalf of themselves and all others similarly situated,<br><br>                Plaintiff,<br><br>   v.<br><br>WHIRLPOOL CORPORATION,<br><br>                Defendant. | Case No. 20-cv-1906-WMW-KMM<br><br>**JOINT STATUS REPORT** |

Plaintiffs Elizabeth Cleveland, Amy Larchuk, Christopher Redmon, Dhaval Shah and Thomas McCormick ("Plaintiffs") submit the following Joint Status Report.

On August 10, 2021, the Parties submitted a Joint Status Report indicating that Plaintiffs planned to file their motion for preliminary approval of the settlement by September 24, 2021. (Doc. No. 62).  Since that time, the parties have completed confirmatory discovery and continued to work diligently to finalize the materials necessary to Plaintiffs' motion for preliminary approval, which is nearly complete. Plaintiffs intend to file their motion for preliminary approval on or before October 8, 2021.  Further briefing and the hearing on the motion for preliminary approval shall follow the Court's Local Rules.

Dated: September 23, 2021

| | |
|---|---|
| *s/ Harper T. Segui* | *s/ Galen D. Bellamy* |
| Harper T. Segui | **WHEELER TRIGG** |
| (Admitted *pro hac vice*) | **O'DONNELL LLP** |
| Rachel Soffin | Galen D. Bellamy |
| (Admitted *pro hac vice*) | (Admitted *pro hac vice*) |
| **MILBERG COLEMAN BRYSON** | Andrew M. Unthank |
| **PHILLIPS GROSSMAN, LLP** | (Admitted *pro hac vice*) |
| 800 S. Gay Street, Suite 1100 | 370 Seventeenth Street, Suite 4500 |
| Knoxville, TN 37929 | Denver, CO 80202 |
| T: 865-247-0080 | (303) 244-1800 |
| F: 865-522-0049 | bellamy@wtotrial.com |
| hsegui@milberg.com | unthank@wtotrial.com |
| rsoffin@milberg.com | |
| | **WINTHROP & WEINSTINE, P.A.** |
| Michelle J. Looby | Thomas H. Boyd, #0200517 |
| **GUSTAFSON GLUEK PLLC** | Kyle R. Kroll, #0398433 |
| Canadian Pacific Plaza | Mary S. Riverso, #0400224 |
| 120 South 6th Street, Suite 2600 | 225 South Sixth Street, Suite 3500 |
| Minneapolis, MN 55402 | Minneapolis, MN 55402 |
| Telephone: (612) 333-844 | (612) 604-6400 |
| mlooby@gustafsongluek.com | tboyd@winthrop.com |
| | kkroll@winthrop.com |
| | mriverso@winthrop.com |
| | |
| *Attorneys for Plaintiff and the Putative Class* | *Attorneys for Defendant, Whirlpool Corporation* |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing *Joint Status Report* was served upon all counsel of record via this Court's CM/ECF system.

This 23rd day of September 2021.  Respectfully submitted,

*/s/ Harper T. Segui*
Harper T. Segui
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN LLP**
hsegui@milberg.com