# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| ELISABETH CLEVELAND, AMY LARCHUK, CHRISTOPHER REDMON, DHAVAL SHAH, and THOMAS MCCORMICK, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WHIRLPOOL CORPORATION,<br><br>Defendant. | Case No. 20-cv-1906-WMW-KMM<br><br>**JOINT STATUS REPORT** |

Plaintiffs Elizabeth Cleveland, Amy Larchuk, Christopher Redmon, Dhaval Shah and Thomas McCormick ("Plaintiffs") submit the following Joint Status Report.

Most recently, on October 8, 2021, the Parties submitted a Joint Status Report indicating that Plaintiffs planned to file their motion for preliminary approval of the settlement by October 22, 2021. (Doc. No. 68). Since that time, the parties have finalized the settlement agreement and they are gathering the appropriate signatures. The parties intend to file their motion for preliminary approval on or before October 29, 2021. Further briefing and the hearing on the motion for preliminary approval shall follow the Court's Local Rules.

Dated: October 21, 2021

| | |
|---|---|
| *s/ Harper Segui* | *s/ Galen D. Bellamy* |
| Harper Segui | **WHEELER TRIGG O'DONNELL LLP** |
| (Admitted *pro hac vice*) | Galen D. Bellamy |
| Rachel Soffin | (Admitted *pro hac vice*) |
| (Admitted *pro hac vice*) | Andrew M. Unthank |
| **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, LLP** | (Admitted *pro hac vice*) |
| | 370 Seventeenth Street, Suite 4500 |
| 800 S. Gay Street, Suite 1100 | Denver, CO 80202 |
| Knoxville, TN 37929 | (303) 244-1800 |
| T: 865-247-0080 | bellamy@wtotrial.com |
| F: 865-522-0049 | unthank@wtotrial.com |
| rsoffin@milberg.com | |
| hsegui@milberg.com | **WINTHROP & WEINSTINE, P.A.** |
| | Thomas H. Boyd, #0200517 |
| Michelle J. Looby | Kyle R. Kroll, #0398433 |
| GUSTAFSON GLUEK PLLC | Mary S. Riverso, #0400224 |
| Canadian Pacific Plaza | 225 South Sixth Street, Suite 3500 |
| 120 South 6th Street, Suite 2600 | Minneapolis, MN 55402 |
| Minneapolis, MN 55402 | (612) 604-6400 |
| Telephone: (612) 333-844 | tboyd@winthrop.com |
| mlooby@gustafsongluek.com | kkroll@winthrop.com |
| | mriverso@winthrop.com |
| *Attorneys for Plaintiff and Putative Class* | *Attorneys for Defendant, Whirlpool Corporation* |