## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| **ELISABETH CLEVELAND, AMY LARCHUK, CHRISTOPHER REDMON, DHAVAL SHAH, and THOMAS MCCORMICK,** on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> **WHIRLPOOL CORPORATION,** <br><br> Defendant. | **CASE NO. 20-cv-1906-WMW-KMM** |

## <u>NOTICE OF HEARING</u>

**PLEASE TAKE NOTICE** that Plaintiffs Elizabeth Cleveland, Amy Larchuk, Christopher Redmon, Dhaval Shah and Thomas McCormick (collectively "Plaintiffs") will bring Plaintiffs' Unopposed Motion for Preliminary Approval of the Settlement Agreement, on December 10, 2021, at 9 am before the Honorable Wilhelmina M. Wright, in Courtroom 7A, 316 North Robert Street, Saint Paul, Minnesota 55101.

DATED:  November 3, 2021          Respectfully submitted,


                                  /s/ Harper T. Segui
                                  Harper T. Segui*
                                  **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, LLP**

825 Lowcountry Blvd, Suite 101
Mount Pleasant, SC 29464
T: (919) 600-5000
hsegui@milberg.com

Rachel Soffin*
**MILBERG COLEMAN BRYSON PHILLIPS
GROSSMAN, LLP**
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Telephone: (865) 247-0080
Facsimile: (865) 522-0049
rsoffin@milberg.com

Michelle J. Looby (#388166)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-844
mlooby@gustafsongluek.com

*Attorneys for Plaintiffs and Proposed Class*

*Admitted Pro Hac Vice*

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served the foregoing was served upon all counsel of record via this Court's CM/ECF system.

This 3rd day of November, 2021.      Respectfully submitted,

<u>/s/ Harper T. Segui</u>
Harper T. Segui
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, LLP**
825 Lowcountry Blvd, Suite 101
Mount Pleasant, SC 29464
hsegui@milberg.com