# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

**ELISABETH CLEVELAND, et al.**

Plaintiff(s),

vs.                                                    Case No. **20-cv-1906-WMW-JFD**

**WHIRLPOOL CORPORATION**

Defendant(s).

**NOTICE OF HEARING ON MOTION** FOR AWARD OF ATTORNEYS' FEES, LITIGATION COSTS, AND SERVICE AWARDS

PLEASE TAKE NOTICE that the above-titled motion is being filed in accordance with the directions received from the presiding judge's courtroom deputy:

(Check the box and complete the information that applies.)

☐ A hearing on the above-titled motion will take place at a date and time to be determined and I/we received the following filing instructions from the presiding judge's courtroom deputy on this motion:

☑ A hearing for the above-titled motion will take place:

on **May,**     26th  2022  (date)

at **09:00**   **a.m.**            (time)

in  __7A__ (courtroom/room number)

at the Warren E. Burger Federal Building and U.S. Courthouse 316 North Robert Street St. Paul, MN 55101 (courthouse address)

before **Wilhelmina M. Wright, U.S. District Judge** (presiding judge's name)

I/We, the **Plaintiff(s)** (party name, i.e. plaintiff/defendant)

will move the Court for an Order to

**APPROVE ATTORNEYS' FEES, LITIGATION COSTS, AND SERVICE AWARDS**

Signed this **24th** day of **February,** 2022

Signature of Party  *[signature: Hayn L. Seger]*

Mailing Address

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, LLP**
**825 Lowcountry Blvd., Unit 101**
**Mount Pleasant, SC 29464**

Telephone Number  **(865) 247-0080**

Note:  All parties filing the motion must date and sign the Notice of Hearing and provide their mailing address and telephone number.  Attach additional sheets of paper as necessary.  The Notice of Hearing must be served on each party, together with the documents required under LR 7.1(b)-(c).

2