UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **ELISABETH CLEVELAND, AMY LARCHUK, CHRISTOPHER REDMON, DHAVAL SHAH, and THOMAS MCCORMICK,** on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**WHIRLPOOL CORPORATION,**<br><br>Defendant. | CASE NO. 20-cv-1906-WMW-JFD |

### [PROPOSED] ORDER ON PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES, LITIGATION COSTS, AND SERVICE AWARDS

This matter is before the Court on Plaintiffs' Motion for Award of Attorneys' Fees, Litigation Costs, and Service Awards. Plaintiffs have requested that the order on this Motion be consolidated with an Order on Plaintiffs' future motion for final approval of the class settlement.

Based on Plaintiffs' request and in the interest of judicial efficiency, it is hereby **ORDERED** that the Court will issue a consolidated Order on Plaintiffs' Motion for Award of Attorneys' Fees, Litigation Costs, and Service Awards with Plaintiffs' future motion for final approval of the class settlement.

**IT IS SO ORDERED.**

1

Dated: _____, 2022.    _____
                                              HON. WILHELMINA M. WRIGHT
                                              United States District Court
                                              District of Minnesota