# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| **ELISABETH CLEVELAND, AMY LARCHUK, CHRISTOPHER REDMON, DHAVAL SHAH, and THOMAS MCCORMICK,** on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WHIRLPOOL CORPORATION,<br><br>Defendant. | CASE NO. 20-cv-1906-WMW-KMM |

## PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs in the above-captioned actions, by and through their undersigned attorneys, respectfully move the Court to enter an Order Granting Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement.

This Motion is based on the pleadings, files and records herein, including Plaintiffs' Memorandum of Law in Support of Final Approval of Class Action Settlement, and supporting documents.

Dated: March 31, 2022   Respectfully submitted,

/s/ Rachel Soffin
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, LLP**
800 S. Gay Street, Suite 1100

Knoxville, TN 37929
Telephone: (865) 247-0080
Facsimile: (865) 522-0049
rsoffin@milberg.com

Harper T. Segui
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, LLP**
825 Lowcountry Blvd, Suite 101
Mount Pleasant, SC 29464
T: (919) 600-5000
hsegui@milberg.com

Michelle J. Looby
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-844
mlooby@gustafsongluek.com

*Attorneys for Plaintiffs and the Settlement Class*

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served the foregoing was served upon all counsel of record via this Court's CM/ECF system.

This 31st day of March, 2022.	Respectfully submitted,

                                              /s/ Rachel Soffin
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, LLP**
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Telephone: (865) 247-0080
Facsimile: (865) 522-0049
rsoffin@milberg.com