# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

**LR 7.1(f)  & LR 72.2(d)**
**CERTIFICATE OF COMPLIANCE**

Plaintiff(s)

v.                                              Case Number:

Defendant(s)

---

I, _____ *[name of filer]*, certify that the

- ☐ Memorandum titled:_____
  complies with Local Rule 7.1(f).

or

- ☐ Objection or Response to the Magistrate Judge's Ruling complies with Local Rule 72.2(d).

I further certify that, in preparation of the above document, I:

- ☐ Used the following word processing program and version: _____
  and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

or

- ☐ Counted the words in the document.

I further certify that the above document contains the following number of words: _____

Date: _____          s/_____
                                       *Name*

                                       *Address 1*
                                       *Address 2*
                                       *Phone*
                                       *Email*
                                       *Bar ID*