UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ELISABETH CLEVELAND, AMY LARCHUK, CHRISTOPHER REDMON, DHAVAL SHAH, and THOMAS MCCORMICK, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WHIRLPOOL CORPORATION,<br><br>Defendants. | Court File No. 20-cv-1906-WMW-KMM<br><br>**NOTICE OF APPEARANCE** |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, Catherine K. Smith, of Gustafson Gluek PLLC, hereby enters her appearance as counsel of record for the Plaintiffs, Elisabeth Cleveland, Amy Larchuk, Christopher Redmon, Dhaval Shah, and Thomas McCormick in the above-captioned matter.

Dated:  June 6, 2022

Respectfully submitted,

 *s/ Catherine K. Smith*
Catherine K. Smith (#353723)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
csmith@gustafsongluek.com

*Counsel for Plaintiffs*