# UNITED STATES DISTRICT COURT
## District of Minnesota

Elisabeth Cleveland, Amy Larchuk, Christopher Redmon, Dhaval Shah, Thomas McCormick,

Plaintiffs,

v.

Whirlpool Corporation,

Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 20-cv-1906 WMW/JFD

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement, (Dkt. 83), is **GRANTED**.

   a. The Settlement Class is finally certified, for settlement purposes only, pursuant to Rules 23(a) and 23(b)(3) of the Federal Rules of Civil Procedure.

   b. The Settlement Agreement is finally approved as being fair, reasonable and adequate pursuant to Rule 23(e) of the Federal Rules of Civil Procedure.

   c. Plaintiffs Elisabeth Cleveland, Amy Larchuk, Christopher Redmon, Dhaval Shah and Thomas McCormick are confirmed as Class Representatives.

   d. Harper Segui and Rachel Soffin of Milberg Coleman Bryson Phillips Grossman,

PLLC, are confirmed as Class Counsel.

    e.    The Court confirms that the Notice Plan complied with the requirements of Rule 23 of the Federal Rules of Civil Procedure and due process.

    f.    All Settlement Class Members who timely requested exclusion are excluded from the Settlement. The Settlement Class Members who did not timely request exclusion are hereby bound by the terms of the Settlement Agreement.

2. Plaintiffs' Unopposed Motion for Award of Attorneys' Fees, Litigation Costs, and Service Awards, (Dkt. 78), is **GRANTED**.

    a.    The Court awards Plaintiffs' Counsel attorneys' fees of $1,456,002.33.

    b.    The Court awards Class Counsel $33,997.67 in litigation costs.

    c.    The Court approves service awards of $2,500 for each Class Representative.

3. Without affecting the finality of this Order and the judgment, the Court retains jurisdiction over this matter for the purpose of resolving disputes related to the interpretation, administration, implementation, effectuation and enforcement of the Settlement Agreement.

Date: 6/24/2022                                              KATE M. FOGARTY, CLERK